# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISRICT OF NEVADA

| | |
|---|---|
| RONALD BARRETT ) <br> ) <br> **Plaintiff,** ) <br> vs. ) <br> ) <br> **EQUIFAX INFORMATION** ) <br> **SERVICES, LLC.** ) <br> ) <br> **Defendant** ) <br> ) | Case No. 2:22-cv-01666-ART-BNW <br><br> ORDER APPROVING |

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, on this 30th day of March 2023, by and between Plaintiff and Defendant Equifax Information Services, LLC. that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred.

*/s/ Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(P) 215-735-8600
gbaskerville@consumerlawfirm.com

*/s/ Jennifer Bergh*
Jennifer R. Bergh
**Seyfarth Shaw LLP**
700 Milam Street- Suite 1400
Houston, TX 77002
(P) 713-238-1854
jrbrooks@seyfarth.com

*Attorneys for Equifax Information Services, LLC.*

*/s/ Craig Friedberg*
Craig B. Friedberg, Esq.
**Law Offices of Craig B.**

**Friedberg, Esq.**
4760 South Pecos Road- Suite 103
Las Vegas, NV 89121
(P) 702-435-7968
attcbf@cox.net

*Attorneys for Plaintiff*

Date: April 3, 2023

APPROVED BY THE COURT.

_____
Anne R. Traum
United States District Court Judge